United States District Court<br>Northern District of California

1

2

3                          UNITED STATES DISTRICT COURT

4                          NORTHERN DISTRICT OF CALIFORNIA

5

6

7   Augustin M. Racelis,                          Case No. 12-01825 JCS

8              Plaintiff,                          **Order to Show Cause re Subject Matter Jurisdiction**

9         v.

10  Bank of New York Mellon, ReconTrust Co.,

11  N.A.,

12             Defendants.

13

14      Plaintiff filed this quiet title action in federal district court on the basis of diversity

15  jurisdiction pursuant to 28 U.S.C. § 1332(c).[1]  In particular, he alleges that he is a citizen of

16  California, that The Bank of New York Mellon is "organized and existing under laws of New

17  York," and that ReconTrust Company, N.A., is "organized and exists under the laws of the State

18  of Texas."  It has come to the Court's attention that ReconTrust Company , N.A. is a national

19  bank based in California and therefore, that there is not complete diversity of citizenship in this

20  action. [2]  *See*  28 U.S.C. § 1348 ("All national banking associations shall, for the purposes of all

21  other actions by or against them, be deemed citizens of the States in which they are respectively

22  located;"  *Rodriguez v. Bank of America Corp.*, 2012 WL 2375833, at * 2-3 (D.Nev., June 21,

23  ─────────────────────

24  [1] The parties have consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

25  [2] The Court takes judicial notice of the National Banks List on the official website of the Office of the Comptroller of the Currency, located at www.occ.treas.gov/topics/licensing/national-bank-

26  lists/national-by-name-v2.pdf, which lists the  location of ReconTrust Company, N.A.

27  headquarters as Simi Valley California. *See Miller v. Wells Fargo Home Mortg.* 2010 WL 3431802, at *2 (E.D.Cal.,Aug. 31, 2010) (taking judicial notice of National Banks List,

28  pursuant to Rule 201 of the Federal Rules of Evidence on the basis that it is a matter of public record).

1   2012) ("Because ReconTrust is currently headquartered in California and was headquartered in

2   California at the time this action was filed and removed, ReconTrust is a California resident").

3          Accordingly, the parties are ordered to  appear and show cause why this action should not

4   be dismissed for lack of subject matter jurisdiction.  No later than **October 9, 2012**, the parties

5   may file written briefs, not to exceed five (5) pages, addressing the question of whether the Court

6   has diversity jurisdiction over this action.  A show cause hearing shall be held on **Tuesday,**

7   **October 16, 2012 at 1:30 p.m in Courtroom G, 450 Golden Gate Avenue, San Francisco,**

8   **California.**   The hearing on Defendants' Motion to Dismiss previously set for **Friday, October**

9   **12, 2012 at 9:30 a.m. is vacated.**   The Court will reset the motion hearing on the Motion to

10  Dismiss following the show cause hearing if it determines that it has subject matter jurisdiction

11  over this action.

12          IT IS SO ORDERED.

13

14  Date:  September 28, 2012

15                                                    _____

16                                                    Joseph C. Spero
                                                      United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

*United States District Court*

2