| | | | |
|---|---|---|---|
| Thomas J. Holthus | CA NV NE | CA | Rami N. Haddad |
| Kevin R. McCarthy | CA | CA | Michelle Ann Hoskinson |
| Paul M. Levine | AZ CA | CA | Christelle N. Ramseyer |
| Matthew Silverman | AZ NM | NV FL | Christopher Hunter |
| JaVonne M. Phillips | CA | CA | Terry Lofton |
| Matthew E. Podmenik | CA | CA | Laszlo Ladi |
| David C. Scott | CA | NV | Sherry A. Moore |
| Jennifer C. Wong | CA | CA | Paul H. Kang |
| Angela M. Michael | WA OR ID AK PA | WA | Mary Stearns |
| Kristin Schuler-Hintz | CA NV | NV | Janice Jocovino |
| Gayle Jannsson | CA | NV | Bonty Lonardo |
| Seth Harris | CA | CA IL | Anne Ogle-Knee |
| Janos Hester | CA | CA OH | Ann M. Eberts |
| Charles E. Bell | CA | NV | Lindsey Bennett |
| Kelly M. Raftery | CA | OR | Matthew Booth |
| Matthew B. Learned | CA | WA | Joseph McIntosh |
| Andrew E. Hall | CA | WA | Mathew LaCroix |
| Seth J. Adams | NV | CA | Sumner Eberhard |
| Melissa Robbins Coutts | CA AZ | CA | Deborah Cochran |
| Kristin Zilberstein | CA | CA | Julie Corriveau |
| Merdaud Jafarnia | CA | WA | Robert McDonald |
| Thomas J. Ruhrup | CA | CA | Joshua Moyer |
| Roshni V. Patel | CA | OR | John R. Whittaker |
| Jessica R. Kenney | CA | OR | Scott Mitchell |
| Rebecca L. Lang | CA | OR | Erica Day |
| Mishaela J. Graves | CA | NV | Inku Nam |
| Brielyn G. Atwater | CA | | |

# McCarthy ◆ Holthus

*A Limited Liability Partnership*

**1770 Fourth Avenue**

**San Diego, California 92101**

Telephone (877) 369-6122

Facsimile (619) 685-4811

www.McCarthyHolthus.com

Email to all personnel:
First initial and last name@mccarthyholthus.com

October 5, 2012

<u>*Transmitted Via Electronic Filing*</u>

The Honorable Joseph C. Spero

United States District Court – Northern District of California

Courtroom G - 15th Floor

450 Golden Gate Avenue

San Francisco, CA 94102

**In re:** **Agustin M. Racelis v. Bank of New York Mellon, et al.**

**Case No.:** 3:12-cv-01825-JCS

**Our File No.:** CA12-4887

**Our Clients:** Defendants, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternatve Loan Trust 2006-0A14, Mortgage Pass-Through Certificates, Series 2006-0A14 and ReconTrust Company, N.A.

---

Dear Judge Spero:

An Order To Show Cause Hearing re: Subject Matter Jurisdiction is currently scheduled in this matter for October 16, 2012 at 1:30 p.m. Pursuant to the Notice of Non Opposition to Dismissal of the Action For Lack of Subject Matter Jurisdiction, filed on October 5, 2012 (Document No: 19), Defendants are not opposing the dismissal of the action by the Court and agree that the Court lacks subject matter jurisdiction as there is not complete diversity of citizenship. Please allow this correspondence to serve as Defendants' request to appear telephonically for the OSC hearing of October 16, 2012.

| <u>Washington State Office</u> | <u>Oregon Office</u> | <u>Arizona Office</u> | <u>Las Vegas Office</u> | <u>Reno Office</u> |
|---|---|---|---|---|
| 19735 10th Avenue NE, Suite N-200 | 8995 SW Miley Rd., Ste 103 | 8502 E. Via De Ventura Blvd. | 9510 West Sahara Avenue, Suite 110 | 200 S. Virginia St., 8th Floor |
| Poulsbo, WA 98370 | Wilsonville, OR 97070 | Scottsdale, AZ 85258 | Las Vegas, NV 89117 | Reno, NV 89501 |
| (206) 319-9100 | (503) 694-1145 | (480) 302-4100 | (702) 685-0329 | (702) 685-0329 |
| Facsimile (206) 780-6862 | Facsimile (503) 694-1460 | Facsimile (480) 302-4101 | Facsimile (866) 339-5691 | Facsimile (866) 339-5691 |

**Agustin M. Racelis v. Bank of New York Mellon, et al.**
Page 2

---

       Thank you for your consideration.  Should the Court be inclined to grant this request, I may be reached at my direct land line number of (619) 916-3419 and will be on standby awaiting the court's call at the appointed time.

Respectfully Submitted,

/Julie Corriveau, Esq.

JC/kb

Dated:  10/9/12



IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA