| | | | | |
|---|---|---|---|---|
| Thomas J. Holthus | CA NV NE | | CA | Rami N. Haddad |
| Kevin R. McCarthy | CA | **McCarthy ♦ Holthus** | CA | Michelle Ann Hoskinson |
| Paul M. Levine | AZ CA | *A Limited Liability Partnership* | CA | Christelle N. Ramseyer |
| Matthew Silverman | AZ NM | | NV FL | Christopher Hunter |
| JaVonne M. Phillips | CA | 1770 Fourth Avenue | CA | Terry Loftus |
| Matthew E. Podmenik | CA | San Diego, California 92101 | CA | Laszlo Ladi |
| David C. Scott | CA | | NV | Sherry A. Moore |
| Jennifer C. Wong | CA | Telephone (877) 369-6122 | CA | Paul H. Kang |
| Angela M. Michael | WA OR ID AK PA | Facsimile (619) 685-4811 | WA | Mary Stearns |
| Kristin Schuler-Hintz | CA NV | www.McCarthyHolthus.com | NV | Janice Jacovino |
| Gayle Jameson | CA | Email to all personnel: | NV | Bonty Lonardo |
| Seth Harris | CA | First initial and last name@mccarthyholthus.com | CA IL | Anne Ogle-Knee |
| James Hester | CA | | CA OH | Ann M. Eberts |
| Charles E. Bell | CA | | NV | Lindsey Bennett |
| Kelly M. Raftery | CA | | OR | Matthew Booth |
| Matthew B. Learned | CA | | WA | Joseph McIntosh |
| Andrew E. Hall | CA | | WA | Mathew LaCroix |
| Seth J. Adams | NV | | CA | Summer Eberhard |
| Melissa Robbins Coutts | CA AZ | | CA | Deborah Cochran |
| Kristin Zilberstein | CA | | CA | Julie Corriveau |
| Merdaud Jafarnia | CA | | WA | Robert McDonald |
| Thomas J. Ruhrup | CA | | CA | Joshua Moyer |
| Roshni V. Patel | CA | | OR | John R. Whittaker |
| Jessica R. Kenney | CA | | OR | Scott Mitchell |
| Rebecca L. Lang | CA | | OR | Erica Day |
| Mishaela J. Graves | CA | | NV | Inku Nam |
| Brielyn G. Atwater | CA | | | |

October 5, 2012

*Transmitted Via Electronic Filing*
The Honorable Joseph C. Spero
United States District Court – Northern District of California
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

        **In re:** Agustin M. Racelis v. Bank of New York Mellon, et al.
        **Case No.:** 3:12-cv-01825-JCS
        **Our File No.:** CA12-4887
        **Our Clients:** Defendants, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternatve Loan Trust 2006-OA14, Mortgage Pass-Through Certificates, Series 2006-OA14 and ReconTrust Company, N.A.

Dear Judge Spero:

      An Order To Show Cause Hearing re: Subject Matter Jurisdiction is currently scheduled in this matter for October 16, 2012 at 1:30 p.m. Pursuant to the Notice of Non Opposition to Dismissal of the Action For Lack of Subject Matter Jurisdiction, filed on October 5, 2012 (Document No: 19), Defendants are not opposing the dismissal of the action by the Court and agree that the Court lacks subject matter jurisdiction as there is not complete diversity of citizenship. Please allow this correspondence to serve as Defendants' request to appear telephonically for the OSC hearing of October 16, 2012.

| Washington State Office | Oregon Office | Arizona Office | Las Vegas Office | Reno Office |
|---|---|---|---|---|
| 19735 10th Avenue NE, Suite N-200 | 8995 SW Miley Rd., Ste 103 | 8502 E. Via De Ventura Blvd. | 9510 West Sahara Avenue, Suite 110 | 200 S. Virginia St., 8th Floor |
| Poulsbo, WA 98370 | Wilsonville, OR 97070 | Scottsdale, AZ 85258 | Las Vegas, NV 89117 | Reno, NV 89501 |
| (206) 319-9100 | (503) 694-1145 | (480) 302-4100 | (702) 685-0329 | (702) 685-0329 |
| Facsimile (206) 780-6862 | Facsimile (503) 694-1460 | Facsimile (480) 302-4101 | Facsimile (866) 339-5691 | Facsimile (866) 339-5691 |

**Agustin M. Racelis v. Bank of New York Mellon, et al.**
Page 2

---

      Thank you for your consideration. Should the Court be inclined to grant this request, I may be reached at my direct land line number of (619) 916-3419 and will be on standby awaiting the court's call at the appointed time.

Respectfully Submitted,

Julie Corriveau, Esq.

JC/kb

Dated: 10/9/12

