UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Augustin M. Racelis,<br><br>      Plaintiff,<br><br>    v.<br><br>Bank of New York Mellon, ReconTrust Co., N.A.,<br><br>      Defendants. | Case No. 12-01825 JCS<br><br>**Order Dismissing Action for Lack of Subject Matter Jurisdiction** |

Plaintiff filed this quiet title action in federal district court on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332(c).[1] In particular, he alleged that he is a citizen of California, that The Bank of New York Mellon is "organized and existing under laws of New York," and that ReconTrust Company, N.A., is "organized and exists under the laws of the State of Texas." The Court became aware, however, that ReconTrust Company, N.A. is, in fact, a citizen of California and therefore, that there is not complete diversity of citizenship in this action. On September 28, 2012, the Court ordered the parties to appear and show cause why this action should not be dismissed for lack of subject matter jurisdiction. The show cause hearing was set for October 16, 2012. Prior to the show cause hearing, Defendants filed a non-opposition to dismissal of this action for lack of subject matter jurisdiction, stipulating that Defendant ReconTrust Company, N.A. is headquartered in California. Plaintiff did not appear at the October 16, 2012 show cause hearing and did not file a response to the Court's order.

---

[1] The parties have consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

Accordingly, the Court dismisses this action, in its entirety, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, for lack of subject matter jurisdiction. The Clerk is directed to close the file in this case.

IT IS SO ORDERED.

Date: October 22, 2012

_____
Joseph C. Spero
United States Magistrate Judge